# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Demarko Lashawn Hall,

    Plaintiff

v.

Sunrise Hospital and Medical Center,

    Defendant

Case No.: 2:23-cv-00459-JAD-NJK

**Order Adopting Report and Recommendation**

[ECF Nos. 1, 7]

The magistrate judge has reviewed this action and recommends that this case be dismissed for lack of subject-matter jurisdiction.[1] The deadline for any party to object to that recommendation expired three days ago, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 7] is ADOPTED** in its entirety. **This case is DISMISSED** for lack of subject-matter jurisdiction. The plaintiff's application to proceed *in forma pauperis* **[ECF No. 1] is DENIED** as moot. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly and CLOSE THIS CASE.

                                                U.S. District Judge Jennifer A. Dorsey
                                                May 25, 2023

---

[1] ECF No. 7.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).